UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Board of Trustees of the Local Union No. 422 U.A. of Joliet, Illinois Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:08−cv−00209
Honorable William J. Hibbler

Four−Seasons Plumbing

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 18, 2008:

MINUTE entry before Judge Honorable William J. Hibbler: Status hearing held on 3/18/2008. This case is dismissed without prejudice. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.